Eric A. Herzog (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

Scott P. Drake (admitted *pro hac vice*)
scott.drake@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone:   (214) 855-8341
Facsimile:    (214) 855 8200

Peter A. Stokes (admitted *pro hac vice*)
peter.stokes@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701
Telephone:   (512) 474-5201
Facsimile:    (512) 536-4598

Attorneys for Defendants
MONEYGRAM INTERNATIONAL, INC.,
W. ALEXANDER HOLMES, and
LAWRENCE ANGELILLI

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GLAAB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,<br><br>Defendants. | Case No. 2:21-cv-01887-RGK-PD<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO CONSOLIDATE AND POSTPONE RESPONSE DATE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Honorable R. Gary Klausner<br>Date:   May 3, 2021<br>Time:   9:00 am<br>Crtrm:  850 |

DOCUMENT PREPARED
ON RECYCLED PAPER

GEORGIOS CONSTANTINOU, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,

Defendants.

Case No. 2:21-cv-02161-RGK-PD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 3, 2021, at 9:00 a.m., before the Honorable R. Gary Klausner, in Courtroom 850, United States District Court for the Central District of California, 255 E. Temple Street, Los Angeles, California, 90012, Defendants MoneyGram International, Inc., W. Alexander Holmes and Lawrence Angelilli ("Defendants") will move the Court for entry of an Order consolidating the related actions. Further, Defendants also move, pursuant to Federal Rules of Civil Procedure 6(b) and 15(a)(3), for an extension of the deadline to answer or move to dismiss the complaints filed in this matter until after the consolidation and a new complaint has been filed. Plaintiffs do not oppose this motion.

## **MEMORANDUM**

Pursuant to Federal Rule of Civil Procedure 42(a), Defendants move to consolidate *Glaab v. MoneyGram International, Inc., et. al*, Case No. 2:21-cv-01887-RGK-PD, and *Constantinou v. MoneyGram International, Inc., et al*, Case No. 2:21-cv-02161- RGK-PD entirely. The two cases are factually related and assert the same legal claims on behalf of the same putative class against the same defendants based on the same underlying factual allegations. Counsel for Plaintiffs in both actions are unopposed to consolidation.

Defendants also move, pursuant to Federal Rules of Civil Procedure 6(b) and 15(a)(3), for an extension of the deadline to answer or move to dismiss the complaints

DOCUMENT PREPARED ON RECYCLED PAPER

filed in this matter until after the consolidation and a new complaint has been filed. This is a putative securities fraud class action governed by the lead plaintiff requirements, automatic discovery stay, and pleading standards of the Private Securities Litigation Reform Act ("PSLRA"). Under the PSLRA, other shareholders have 60 days from the date of the republished class action notice – which was issued on March 1, 2021 – to move for lead plaintiff status. *See* 15 U.S.C. § 78u-4(a)(3). The 60-day deadline expires on April 30, 2021. Whomever is appointed lead plaintiff for the putative class will typically file an amended complaint. Because no lead plaintiff has yet been appointed, and because the existing complaints will likely be superseded, Defendants respectfully request that their deadline to answer, move or otherwise respond to the existing complaints be suspended until after a lead plaintiff is appointed. Defendants and the newly appointed lead plaintiff will confer and submit a proposed schedule for the pre-answer phase of the litigation within seven days after a lead plaintiff is appointed.

Plaintiffs in both actions are unopposed to consolidation and to Defendants' request for a suspension of the deadline to respond to the existing complaints. Defendants reserve the right to file a motion to transfer venue before lead plaintiffs are appointed. The parties further agree that Defendants shall be deemed to have accepted service of the complaints in both actions, subject to and without waiving any arguments, defenses or grounds for dismissal other than objections to sufficiency of service of process.

Dated: March 24, 2021          **NORTON ROSE FULBRIGHT US LLP**

By: /s/ Eric A. Herzog
    ERIC A. HERZOG
    Attorneys for Defendants
    MONEYGRAM INTERNATIONAL, INC.,
    W. ALEXANDER HOLMES, and
    LAWRENCE ANGELILLI

DOCUMENT PREPARED
ON RECYCLED PAPER

### **CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION**

Pursuant to Local Rule 7-3, I hereby certify that on March 12, 2021 and March 22, 2021, my colleague Peter A. Stokes, counsel for the moving parties, conferred with opposing counsel regarding this motion.  Opposing counsel does not oppose the relief requested in this motion.

By: /s/ Eric A. Herzog
ERIC A. HERZOG
Attorneys for Defendants
MONEYGRAM INTERNATIONAL, INC.,
W. ALEXANDER HOLMES, and
LAWRENCE ANGELILLI

DOCUMENT PREPARED
ON RECYCLED PAPER

## PROOF OF SERVICE

I, Mylene Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On March 24, 2021, I electronically filed the attached document(s):

**NOTICE OF MOTION AND UNOPPOSED MOTION TO CONSOLIDATE AND POSTPONE RESPONSE DATE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND [PROPOSED] ORDER**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
lrosen@rosenlegal.com

*Attorney for Plaintiff Glaab and the Putative Class*
(Case No. 2:21-cv-01887-RGK-PD)

I also placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail to the following:

Jennifer Pafiti
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: (310) 405-7190
jpafiti@pomlaw.com

Peretz Bronstein
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street, Suite 4600
New York, New York 10165
Tel: (212) 697-6484
peretz@bgandg.com

*Attorneys for Plaintiff Constantinou and the Putative Class*
(Case No. 2:21-cv-02161-RGK-PD)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2021, at Los Angeles, California.

/s/ Mylene Ruiz

DOCUMENT PREPARED
ON RECYCLED PAPER

- 5 -

Mylene Ruiz

DOCUMENT PREPARED
ON RECYCLED PAPER