IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GLAAB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,<br><br>Defendants. | Case No. 2:21-cv-01887-RGK-PD<br><br>**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE AND POSTPONE RESPONSE DATE** |
| GEORGIOS CONSTANTINOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEY GRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,<br><br>Defendants. | Case No. 2:21-cv-02161- RGK-PD |

DOCUMENT PREPARED
ON RECYCLED PAPER

- 1 -

Having considered Defendants' Unopposed Motion to Consolidate and Postpone Response Date, it is **HEREBY ORDERED** that:

1. Defendant's Unopposed Motion to Consolidate and Postpone Response Date is **GRANTED**.

2. The Clerk of Court is directed to consolidate *Glaab v. MoneyGram International, Inc., et. al*, Case No. 2:21-cv-01887-RGK-PD, and *Constantinou v. MoneyGram International, Inc., et al*, Case No. 2:21-cv-02161-RGK-PD entirely.

3. All future documents in these cases shall be filed in *Glaab v. MoneyGram International, Inc., et. al*, Case No. 2:21-cv-01887-RGK-PD. The Clerk of Court is directed to file a copy of this order in both Case No. 2:21-cv-01887-RGK-PD and Case No. 2:21-cv-02161-RGK-PD.

4. The Clerk of Court is directed to administratively close *Constantinou v. MoneyGram International, Inc., et al*, Case No. 2:21-cv-02161-RGK-PD

5. Defendants shall have no obligation to answer or respond to the Complaint until after the consolidation of the matters, the appointment of a lead plaintiff and the filing of an amended complaint. Counsel for Defendants shall confer with counsel for the newly appointed lead plaintiff and submit a proposed schedule of deadlines for an amended complaint and motion to dismiss within seven days after the appointment of a lead plaintiff.

Dated: _____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE