# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-01887-RGK-PD | | Date | March 29, 2021 |
|---|---|---|---|---|
| Title | *Daneil Glaab v. MoneyGram International, Inc. et al and Related Cases* | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                     Attorneys Present for Defendants:

Not Present                                                         Not Present

**Proceedings:**        **(IN CHAMBERS) Order Re: Unopposed Motion to Consolidate *Glaab* and *Constantinou* Cases [DE 16]**

This case arises from the purchase of MoneyGram ("Defendant") securities. Defendants move to consolidate this case along with 2:21-cv-02161-RGK-PD (the *Constantinou* case) and administratively close the *Constantinou* case. While Defendants have stated that Plaintiffs in both cases do not oppose consolidation, the Court prefers some notice from Plaintiffs before ruling on this motion. Thus, if all parties truly prefer the cases to be consolidated, the Court orders Defendants to file a joint stipulation with the *Glabb* and *Constantinou* Plaintiffs by **April 5, 2021** asserting so.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer        _____