Eric A. Herzog (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

Scott P. Drake (admitted *pro hac vice*)
scott.drake@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone:   (214) 855-8341
Facsimile:    (214) 855 8200

Peter A. Stokes (admitted *pro hac vice*)
peter.stokes@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701
Telephone:   (512) 474-5201
Facsimile:    (512) 536-4598

Attorneys for Defendants
MONEYGRAM INTERNATIONAL, INC.,
W. ALEXANDER HOLMES, and
LAWRENCE ANGELILLI

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GLAAB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,<br><br>Defendants. | Case No. 2:21-cv-01887-RGK-PD<br><br>**STIPULATION TO CONSOLIDATE CASES, TRANSFER VENUE, AND POSTPONE ANSWER DATE** |

GEORGIOS CONSTANTINOU, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,

Defendants.

Case No. 2:21-cv-02161-RGK-PD

TO THE HONORABLE COURT:

Plaintiffs Daniel Glaab and Georgios Constantinou ("Plaintiffs") and Defendants MoneyGram International, Inc. ("MoneyGram"), W. Alexander Holmes and Lawrence Angelilli ("Defendants") have conferred with respect to the proposed consolidation of the above-captioned actions and the deadline for Defendants' answer or responsive pleadings. Plaintiffs and Defendants have also conferred regarding Defendants' proposal to transfer this action to the United States District Court for the Northern District of Texas, Dallas Division, where MoneyGram is headquartered, where Defendants Holmes and Angelilli reside, and where the disclosures giving rise to this litigation were prepared and filed or issued. After considering these issues, Plaintiffs' counsel agrees that these matters should be consolidated, that Defendants' answer deadline should be postponed, and that the consolidated matter should be transferred to the United States District Court for the Northern District of Texas, Dallas Division. The parties thus stipulate as follows:

1. The parties stipulate and respectfully request that the actions styled *Glaab v. MoneyGram International, Inc., et. al*, Case No. 2:21-cv-01887-RGK-PD, and *Constantinou v. MoneyGram International, Inc., et al*, Case No. 2:21-CV-02161-DSF-KS, should be consolidated and should proceed under the caption and case number for the *Glaab* matter. The parties agree that the two cases are factually related and assert the same legal claims on behalf of the same putative class against the same defendants based on the same underlying factual allegations.

2.     The parties stipulate and respectfully request pursuant to Federal Rules of Civil Procedure 6(b) and 15(a)(3) that the deadline for Defendants to answer or move to dismiss the complaints filed in this matter be postponed until after the consolidation and a new complaint has been filed in the consolidated matter.

3.     The parties stipulate that Defendants shall be deemed to have accepted service in each of the consolidated matters.

4.     The parties stipulate and respectfully request that the case be transferred to the United States District Court for the Northern District of Texas, Dallas Division pursuant to 28 U.S.C. § 1404(a) for all further proceedings.

5.     The parties stipulate and agree that the Court may enter an order based upon this stipulation.

All signatories listed below, and on whose behalf the filing is submitted, concur in the content of this stipulation and have authorized this filing.

SO STIPULATED.

Dated:  April 5, 2021                    LAURENCE M. ROSEN
                                        **THE ROSEN LAW FIRM, P.A.**


                                        By: /s/ Laurence M. Rosen
                                            LAURENCE M. ROSEN
                                            Attorneys for Plaintiff
                                            DANIEL GLAAB

Dated:  April 5, 2021                    JENNIFER PAFITI
                                        **POMERANTZ LLP**

                                        PERETZ BRONSTEIN
                                        **BRONSTEIN, GEWIRTZ &
                                        GROSSMAN, LLC**


                                        By: /s/ Jennifer Pafiti
                                            JENNIFER PAFITI
                                            Attorneys for Plaintiff
                                            GEORGIOS CONSTANTINOU

Dated:  April 5, 2021

ERIC A. HERZOG
SCOTT P. DRAKE
PETER A. STOKES
**NORTON ROSE FULBRIGHT US LLP**


By: /s/ Eric A. Herzog
ERIC A. HERZOG
Attorneys for Defendants
MONEYGRAM INTERNATIONAL,
INC., W. ALEXANDER HOLMES,
and  LAWRENCE ANGELILLI


## CERTIFICATE OF AUTHORIZATION TO SIGN

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Eric A. Herzog, counsel for Defendants MoneyGram International, Inc., W. Alexander Holmes and Lawrence Angelilli, hereby certify that Counsel for Plaintiff Daniel Glaab, Laurence M. Rosen, and Counsel for Plaintiff Georgios Constantinou, Jennifer Pafiti, have reviewed the contents of this Stipulation to Consolidate Cases, Transfer Venue, and Postpone Answer Date and authorized placement of their electronic signatures on this document.


By: /s/ Eric A. Herzog
ERIC A. HERZOG
Attorneys for Defendants
MONEYGRAM INTERNATIONAL, INC.,
W. ALEXANDER HOLMES, and
LAWRENCE ANGELILLI

# PROOF OF SERVICE

I, Mylene Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On April 5, 2021, I electronically filed the attached document(s):

**STIPULATION TO CONSOLIDATE CASES, TRANSFER VENUE, AND POSTPONE ANSWER DATE; (PROPOSED) ORDER**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
lrosen@rosenlegal.com

*Attorney for Plaintiff Glaab and the Putative Class*
(Case No. 2:21-cv-01887-RGK-PD)

I also placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail to the following:

Jennifer Pafiti
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: (310) 405-7190
jpafiti@pomlaw.com

Peretz Bronstein
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street, Suite 4600
New York, New York 10165
Tel: (212) 697-6484
peretz@bgandg.com

*Attorneys for Plaintiff Constantinou and the Putative Class*
(Case No. 2:21-cv-02161-RGK-PD)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 5, 202, at Los Angeles, California.

/s/ Mylene Ruiz
Mylene Ruiz

DOCUMENT PREPARED ON RECYCLED PAPER

102112396.1

- 5 -