IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GLAAB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,<br><br>Defendants. | Case No. 2:21-cv-01887-RGK-PD<br><br>**(PROPOSED) ORDER TO CONSOLIDATE CASES, TRANSFER VENUE, AND POSTPONE ANSWER DATE** |
| GEORGIOS CONSTANTINOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, and LAWRENCE ANGELILLI,<br><br>Defendants. | Case No. 2:21-cv-02161-RGK-PD |

Plaintiffs Daniel Glaab and Georgios Constantinou ("Plaintiffs"), Plaintiffs in the above-captioned actions, and Defendants MoneyGram International, Inc. ("MoneyGram"), W. Alexander Holmes and Lawrence Angelilli ("Defendants"), Defendants in the two above-captioned actions, have filed a stipulation regarding consolidation of the actions, postponement of Defendants' answer date, and transfer of the actions to the United States District Court for the Northern District of Texas, Dallas Division.  Having reviewed the parties' stipulation, and good cause appearing for the relief requested therein, IT IS ORDERED THAT:

1.    The actions styled *Glaab v. MoneyGram International, Inc., et. al*, Case No. 2:21-cv-01887-RGK-PD, and *Constantinou v. MoneyGram International, Inc., et al*, Case No. 2:21-cv-02161- RGK-PD are hereby consolidated and shall proceed under the caption and case number for the *Glaab* matter.  The two cases are factually related and assert the same legal claims on behalf of the same putative class against the same defendants based on the same underlying factual allegations.

2.    The deadline for Defendants to answer or move to dismiss the complaints filed in this matter is postponed until after the consolidation and a new complaint has been filed in the consolidated matter.

3.    The consolidated case is hereby transferred to the United States District Court for the Northern District of Texas, Dallas Division pursuant to 28 U.S.C. § 1404(a) for all further proceedings.

IT IS SO ORDERED.

Signed this _____ day of _____, 2021.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE