UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-01887-RGK-PD<br>2:21-cv-02161-RGK-PD | Date | April 6, 2021 |
|---|---|---|---|
| Title | *Daneil Glaab v. MoneyGram International, Inc. et al and Related Cases* | | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) Order Re: Stipulation to Consolidate *Glaab* and *Constantinou* Cases, Transfer Venue, and Postpone Answer Deadline [DE 19]**

This case arises from the purchase of MoneyGram ("Defendant") securities.

Plaintiff here (the *Glaab* case), Plaintiffs in 2:21-cv-02161-RGK-PD (the *Constantinou* case), MoneyGram, W. Alexander Holmes, and Lawrence Angelilli (collectively, "Defendants"), who are the defendants in both cases, have stipulated to consolidating the *Glaab* case along with the *Constantinou* case and administratively close the *Constantinou* case. Pursuant to this stipulation, the Court orders these two cases consolidated under the *Glaab* case name. This moots the currently calendared motion at docket entry 16 in the *Glaab* case. (Mot. to Consolidate, ECF No. 16). The Court also orders the *Constantinou* case administratively closed.

All parties have further stipulated to transfer the consolidated case to the United States District Court for the Northern District of Texas, Dallas Division under 28 U.S.C. § 1404(a) for all further proceedings. Pursuant to this stipulation, the case is hereby transferred to that district. 28 U.S.C. § 1404 ("[A] district court may transfer any civil action . . . to any district or division to which all parties have consented.").

Finally, the parties stipulate that the deadline for Defendants to answer or move to dismiss in this matter be postponed until after consolidation and a new complaint has been filed in the consolidated matter. The Court, however, declines to enter an order to that effect as the case is being transferred to another district. The newly assigned judge should make the decision on that portion of the stipulation.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    _____