# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MOHSEN JAVAHERNESHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., et al.,<br><br>                          Defendants. | Case No.: 3:21-CV-815-S<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Lead Plaintiff Mohsen Javaherneshan voluntarily dismisses this action in its entirety, with prejudice, forgoing the opportunity to file an amended complaint or to appeal the dismissal of the action, and requests that the Clerk close the above-captioned matter.  Defendants have filed neither an answer to the operative complaint nor a motion for summary judgment.  Dismissal without a court order under Fed. R. Civ. P. 41(a)(1)(A)(i) is therefore appropriate.  Moreover, because no class has been certified, Rule 23(e) does not apply and therefore court approval is not required.

This voluntary dismissal is with prejudice only as to Lead Plaintiff's individual claims and does not bind nonparties.  *See Smith v. Bayer Corp.*, 131 S. Ct, 2368, 2380 (2011) ("Neither a proposed class action nor a rejected class action may bind nonparties.").

 Dated:  July 30, 2021                             Respectfully submitted,

                                                         */s/ Brenda Szydlo*
                                                         Brenda Szydlo

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
Email: bsyzdlo@pomlaw.com
Email: vshteyn@pomlaw.com

*Counsel for Lead Plaintiff Mohsen Javaherneshan and Lead Counsel for the proposed Class*

**PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
Email: lesley@portnoylaw.com

*Additional Counsel for Lead Plaintiff Mohsen Javaherneshan*

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No. 24001788
3131 McKinney Ave Suite 600
Dallas, TX 75204
Telephone: (214) 643-6011
Fax: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on July 30, 2021, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

                                                         */s/ Brenda Szydlo*
                                                         Brenda Szydlo